JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2888-GHK (CTx) | Date | July 18, 2008 |
|---|---|---|---|
| Title | Richard A. Nielsen, et al. v. Century Surety Company, et al. | | |

**Presiding: The Honorable**   GEORGE H. KING, U.S. DISTRICT JUDGE

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

(none)                            (none)

**Proceedings:**   (In Chambers) Order re: Order to Show Cause

On June 18, 2008, we issued an Order to Show Cause ("OSC") in the above-captioned action. Defendant Century Surety Company ("Defendant") was ordered to provide information regarding its own citizenship, as well as the citizenship of Plaintiff Richard A. Nielsen, Inc. ("Plaintiff"). We cautioned Defendant that its failure to timely and adequately show cause as required by our OSC would be deemed its admission that this court lacks subject matter jurisdiction. Defendant's response to this order was timely filed on June 27, 2008.

While Defendant's response includes the required information regarding its own citizenship, it has failed to provide the required information regarding the citizenship of Plaintiff. Defendant did not state that it was unable to obtain the necessary information or request more time to adequately respond to our OSC. Therefore, Defendant has willfully violated our OSC and has failed to carry its burden of establishing jurisdiction. Citizenship of the parties is a matter of this court's subject matter jurisdiction, and "[w]ithout jurisdiction the court cannot proceed at all in any cause. Jurisdiction is power to declare the law, and when it ceases to exist, the only function remaining to the court is that of announcing the fact and dismissing the cause." *Ex parte McCardle*, 74 U.S. 506, 514 (1868).

Our exercise of jurisdiction under 28 U.S.C. § 1332 requires complete diversity between Plaintiff and Defendant, and absent a proper showing of citizenship, we cannot conclude that we have subject matter jurisdiction over this action. As such, this action is hereby **REMANDED** to the state court from which is was removed.

**IT IS SO ORDERED.**

:

Initials of Deputy Clerk   AB for Bea